UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60316-CR-COHN

UNITED STATES OF AMERICA,

v.

FITZROY DANIEL SALESMAN,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29

**THIS CAUSE** is before the Court on Defendant Fitzroy Daniel Salesman's Motion for Judgment of Acquittal Pursuant to Rule 29 of Federal Rules of Criminal Procedure [DE 145]. The Court has considered the Motion, the evidence presented at trial, and is otherwise advised in the premises.

In deciding Defendant's post-trial motion for judgment of acquittal, the Court is required to view all the evidence in the light most favorable to the Government and draw all reasonable inferences and credibility determinations in favor of the jury's verdict. United States v. Williams, 144 F.3d 1397, 1401 (11th Cir. 1998); United States v. Mieres-Borges, 919 F.2d 652, 656 (11th Cir. 1990). A judgment of acquittal should not be entered where a reasonable trier of fact could conclude that the evidence established guilt beyond a reasonable doubt. United States v. Williams, 390 F.3d 1319, 1323-24 (11th Cir. 2004); United States v. Grigsby, 111 F.3d 806, 833 (11th Cir. 1997). Here, since the evidence was sufficient to sustain a conviction, the Defendant's Motion

must be denied.[1]  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Fitzroy Daniel Salesman's Motion for Judgment of Acquittal Pursuant to Rule 29 of Federal Rules of Criminal Procedure [DE 145] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of April, 2010.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of record via CM/ECF

---

[1] The Court will address Defendant's arguments regarding juror number eight's post-trial interview in ruling on Defendant's Motion for New Trial Pursuant to Rule 33 of Federal Rules of Criminal Procedure [DE 144].